AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| MARC ANTHONY WILLIAMS, a/k/a "Mo" | ) | Case No: | 1:10-968-003-MBS |
| | ) | USM No: | 22054-171 |
| Date of Original Judgment: 10/6/11 | ) | | |
| Date of Previous Amended Judgment: | ) | Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Amendment 782 does not have the effect of lowering the defendant's guidelines range because he received the benefit of a 1:1 ratio at sentencing.


Except as otherwise provided, all provisions of the judgment dated     10/6/11     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     December 30, 2015                    /s/ Margaret B. Seymour
                                                      *Judge's signature*

Effective Date: _____                Margaret B. Seymour, Senior United States District Judge
          *(if different from order date)*               *Printed name and title*